IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

PAT MORRIS,

Plaintiff,

vs.

TRAVIS STEWART, APAG-MANKATO, ASSUREDPARTNERS AGRIBUSINESS, ASSUREDPARTNERS GREAT PLAINS, LLC, and PRODUCERS AGRICULTURE INSURANCE COMPANY d/b/a PRO AG,

Defendants.

Case No.:________________________

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Producers Agriculture Insurance Company ("ProAg"), removes this action to the United States District Court for the Northern District of Illinois. The basis for federal subject matter jurisdiction is 28 U.S.C. § 1332(a)(1), as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. As further grounds for removal, ProAg would show as follows:

## Civil Action Removed

1. This action was commenced in the Circuit Court of the 17th Judicial Circuit, Boone County, Illinois, on February 22, 2022, and designated as Case No. 2022LA5 on the docket of that court. In accordance with 28 U.S.C. § 1446(a), a true and complete copy of all process, pleadings, and orders served upon Defendant ProAg is attached hereto as Exhibit "A."

## Facts Supporting Diversity Jurisdiction

2. The Plaintiff, Pat Morris, is an adult citizen of Boone County, Illinois.

3. Travis Stewart is an adult citizen of Blue Earth County, Minnesota.

4. "APAG-Mankato" is not a legal entity; "APAG-Mankato" is the descriptor for an office operated by AssuredPartners Great Plains, LLC in Mankato, Minnesota.

5. "AssuredPartners Agribusiness" is an assumed name registered to AssuredPartners Great Plains, LLC in the state of Minnesota.

6. AssuredPartners Great Plains, LLC, is a Delaware limited liability company with its principal place of business located in Seminole County, Florida.

7. ProAg is a Texas-domiciled insurance company with its principal place of business located in Potter County, Texas.

8. As shown herein this is an action between "citizens of different states" for purposes of 28 U.S.C. § 1332(a)(1), as the Plaintiff is a citizen of Illinois, and the Defendants are citizens of Minnesota, Delaware, Florida, and Texas.

**Facts Supporting Jurisdictional Amount**

9. Plaintiff alleges in his Complaint that he has sustained damages of no less than $2,500,000 and asserts that the Defendants are jointly and severally liable for such damages. Therefore, the amount in controversy with respect to each Defendant, exclusive of interest and costs, exceeds the sum of $75,000, as required pursuant to 28 U.S.C. § 1332(a).

**Timeliness of Removal**

10. AssuredPartners Great Plains, LLC was served with process on March 2, 2022; Travis Stewart was served with process on March 4, 2022; and Defendant ProAg was served with process on March 16, 2022. Pursuant to 28 U.S.C. § 1446(b), "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, . . ." In consideration of the foregoing, this Notice of Removal, which is being filed within 30 days after service of the Complaint on each Defendant, is timely.

**Joinder and Consent to Removal by Co-Defendants**

11. Defendants Travis Stewart, APAG-Mankato, AssuredPartners Agribusiness, and AssuredPartners Great Plains, LLC have joined in and consented to the removal of this action, as shown by Exhibit "B" hereto.

**Notice to State Court**

12. As required by 28 U.S.C. § 1446(d), ProAg certifies that, contemporaneously or promptly after the filing of this Notice of Removal with this Court, written notice of the filing of the Notice will be given to all parties and said Defendant will file a Notification of Removal attaching a copy of this Notice of Removal with the Clerk of the Circuit Court of Boone County, Illinois. A copy of the notification being filed with the state court clerk is attached as Exhibit "C."

WHEREFORE, PREMISES CONSIDERED, Defendant ProAg respectfully prays that the Court will receive this Notice of Removal, place it upon the docket of this Court, and that the Circuit Court of Boone County, Illinois, will proceed no further with this action unless and until the case is remanded.

Date: April 1, 2022

Respectfully submitted,
PROAG, Defendant

BY: /s/ Christopher J. Drinkwine
HEYL, ROYSTER, VOELKER & ALLEN
Christopher J. Drinkwine

Christopher J. Drinkwine, ARDC #6236992
HEYL, ROYSTER, VOELKER & ALLEN, PC
120 West State Street, 2nd Floor
Rockford, IL 61101-1159
Phone: 815-963-4454
Primary e-service: rckecf@heylroyster.com
Secondary e-service #2: cdrinkwine@heylroyster.com
Secondary e-service #1: jabney@heylroyster.com